MELISSA HOLYOAK, United States Attorney (#9832)
CLARK A. HARMS, Special Assistant United States Attorney (#5713)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: charms@webercountyutah.gov

FILED US District Court-UT
FEB 04 '26 PM 12:03

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JUSTIN KENNETH RANKIN and COLIN JAMES MEEHAN, <br><br> Defendants. | INDICTMENT <br><br> Vios: <br><br> COUNT I: 21 U.S.C. § 841(a)(1), Possession of Fentanyl With Intent to Distribute; <br><br> COUNT II: 21 U.S.C. § 841(a)(1), Possession of Methamphetamine With Intent to Distribute; <br><br> COUNT III: 21 U.S.C. § 841(a)(1), Possession of Marijuana With Intent to Distribute; (Rankin) |

The Grand Jury charges:

Case: 1:26-cr-00005
Assigned To : Sam, David
Assign. Date : 2/3/2026

## COUNT I
21 U.S.C. § 841(a)(1)
(Possession of Fentanyl With Intent to Distribute)

On or about January 20, 2026 in the District of Utah,

JUSTIN KENNETH RANKIN, and COLIN JAMES MEEHAN,

defendants herein, did knowingly and intentionally possess with intent to distribute four

hundred grams or more of a mixture or substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide ("fentanyl"), a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, and did aid and abet therein, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

## COUNT II
### 21 U.S.C. § 841(a)(1)
(Possession of Methamphetamine With Intent to Distribute)

On or about January 20, 2026 in the District of Utah,

JUSTIN KENNETH RANKIN, and COLIN JAMES MEEHAN,

defendants herein, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, and did aid and abet therein, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

## COUNT III
### 21 U.S.C. § 841(a)(1)
(Possession of Marijuana With Intent to Distribute)

On or about January 20, 2026 in the District of Utah,

JUSTIN KENNETH RANKIN,

defendant herein, did knowingly and intentionally possess with intent to distribute less than 50 kilograms of marijuana, a Schedule III controlled substance within the meaning of

2

21 U.S.C. § 812, and did aid and abet therein, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, and punishable pursuant to 21 U.S.C. § 841(b)(1)(D).

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 21 U.S.C. § 853(a), upon conviction of any offense violating 21 U.S.C. § 841, the defendant shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s). The property to be forfeited includes, but is not limited to:

- $2,136 seized from a safe in Justin Kenneth Rankin's residence on January 20, 2026

- $44,000 seized from a safe in K.H.'s apartment on January 20, 2026

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

MELISSA HOLYOAK
United States Attorney

_____
CLARK A. HARMS
Special Assistant United States Attorney

3